# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELIZABETH GORDEN,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **No. 14-1889** |
| v. | : | |
| | : | |
| **DISCOVER BANK,** | : | |
| **Defendant.** | : | |

**MCHUGH, J.**                                                                                                          **APRIL 8, 2015**

## ORDER

This 8th day of April, 2015, upon consideration of Defendant Discover Bank's Renewed Motion to Vacate the default judgment entered by the Philadelphia Court of Common Pleas, as well as all accompanying submissions, it is hereby **ORDERED** that Defendant's Renewed Motion to Vacate is **DENIED**.

         /s/ Gerald Austin McHugh
United States District Court Judge
